UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                           }        CASE NUMBER
                                 }        16-68245-~~MSD~~ BEM
ASHMEL PLUMBING                  }
        COMPANY, LLC             }
                                 }
DEBTOR.                          }        CHAPTER 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM June 1, 2017 TO June 23, 2017

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

Trustee's Signature

Trustee's Address
and Phone Number:

William J. Layng, Jr.

Suite 3477

2451 Cumberland Parkway

Atlanta, GA  30339-6157

404-276-4749

Trustee's Address
and Phone Number:

Same

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)     Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING June 1, 2017 AND ENDING June 23, 2017

Name of Debtor: Ashmel Plumbing Company, LLC     Case Number 16-68245-~~MGD~~ RCM

Date of Petition: 10/12/2016

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 6,476.11 (a) | 3,211.29 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | 7,160.00 | 158,042.68 |
| C. Other Receipts *(See MOR-3)* | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 13,636.11 | 161,253.97 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | | |
| 5. DISBURSEMENTS | | |
| A. Advertising | | 694.96 |
| B. Bank Charges | 132.63 | 5,625.72 |
| C. Contract Labor | | 19,185.24 |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 482.15 | 10,448.56 |
| F. Permits | | 512.76 |
| G. Leases | | 401.96 |
| H. Manufacturing Supplies (Plumbing) | 484.68 | 30,783.47 |
| I. Office Supplies | 48.96 | 1,995.67 |
| J. Payroll - Net *(See Attachment 4B)* | | 5,921.00 |
| K. Professional Fees (Accounting & Legal) | | |
| L. Contract Labor | | |
| M. Repairs & Maintenance | | 606.95 |
| N. Secured Creditor Payments *(See Attach. 2)* | | 832.59 |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | 5,730.90 |
| R. Telephone | | 855.43 |
| S. Travel & Entertainment | | 8,530.00 |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | 3,165.29 |
| V. Vehicle Expenses | 287.55 | 2,514.54 |
| W. Other Operating Expenses *(See MOR-3)* | 4,239.87 | 55,488.66 |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 5,675.84 | 153,293.70 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 7,960.27 (c) | 7,690.27 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 3 day of April, 2019.

_____
(Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.  This amount was transferred to the chapter 7 trustee.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| **TOTAL OTHER RECEIPTS** | _____ | _____ |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| _____ | _____ | _____ |
| See Attachment | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| **TOTAL OTHER DISBURSEMENTS** | _____ | _____ |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR-3

**ASHMEL PLUMBING COMPANY, LLC**
**MONTHLY OPERATING REPORT**
**ATTACHMENT TO MOR-3**
**JUNE 1, 2017 TO JUNE 23, 2017**

### CASH DISBURSEMENT DETAILS

| Date of Check | Check Number | Description | Current Month |
|---|---|---|---|
| 06/02/17 | | Mezlan - Atlanta | 609.84 |
| 06/02/17 | 1173 | Deposited or Cashed Check | 500.00 |
| 06/02/17 | | Purchase Return to Macy's | (64.80) |
| 06/02/17 | 1168 | Check | 60.00 |
| 06/05/17 | 1171 | Check | 354.00 |
| 06/05/17 | 1172 | Check | 500.00 |
| 06/06/17 | | Cash Withdrawal | 100.00 |
| 06/06/17 | 1170 | Check | 168.42 |
| 06/07/17 | | Edwin Watts Golf | 258.11 |
| 06/08/17 | | Cash Withdrawal | 200.00 |
| 06/08/17 | | Food Depot | 72.22 |
| 06/09/17 | 1179 | Cashed Check | 490.00 |
| 06/09/17 | 1177 | Cashed Check | 420.00 |
| 06/09/17 | | Cash Withdrawal | 100.00 |
| 06/12/17 | 1178 | Check | 270.00 |
| 06/13/17 | | ROI Group | 202.08 |
| | | Total to MOR-2, Line 5W | 4,239.87 |

### ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: ___Ashmel Plumbing Co., LLC___   Case Number: ___16-68245-~~MGD~~ Bem

Reporting Period beginning ___June 1, 2017___   Period ending ___June 23, 2017___

ACCOUNTS RECEIVABLE AT PETITION DATE: _____N/A_____

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $_____ | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $_____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $_____ | * |
| End of Month Balance | $_____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: _____ Ashmel Plumbing Co., LLC _____    Case Number: ___ 16-68245-MOD Bem

Reporting Period beginning __June 1, 2017___    Period ending ___June 23, 2017___

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: __Wells Fargo Bank_____    BRANCH: _____

ACCOUNT NAME: _Ashmel Plumbing Company, LLC_    ACCOUNT NUMBER: __XXXXXX-05111____

PURPOSE OF ACCOUNT: _____OPERATING_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ ___See Attached_____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**MONTHLY OPERATING REPORT**

**CASH DISBURSEMENT DETAILS**

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | XXXXX05111 |
| Purpose of Account (Business) | Ashmel Plumbing Company, LLC |
| Type of Account (e.g., Checking) | Checking |

| Date of Check | Check Number | Description | Allocation | Deposits/ Credits | Withdrawals/ Debits | Balance |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE | | | | | | 6,476.11 |
| 06/01/17 | | The Home Depot | Manufacturing Supplies (Plumbing) | | 56.97 | 6,419.14 |
| 06/01/17 | | Bankcard Deposit | Bank Charges | | 132.63 | 6,286.51 |
| 06/02/17 | | Bankcard Deposit | Accounts Receivable | 1,230.00 | | 7,516.51 |
| 06/02/17 | | The Home Depot | Manufacturing Supplies (Plumbing) | | 48.66 | 7,467.85 |
| 06/02/17 | | Mezlan - Atlanta | Other Operating Expenses | | 609.84 | 6,858.01 |
| 06/02/17 | | Chevron | Vehicle Expenses | | 40.00 | 6,818.01 |
| 06/02/17 | 1173 | Deposited or Cashed Check | Other Operating Expenses | | 500.00 | 6,318.01 |
| 06/02/17 | | Purchase Return to Macy's | Other Operating Expenses | 64.80 | | 6,382.81 |
| 06/02/17 | 1168 | Check | Other Operating Expenses | | 60.00 | 6,322.81 |
| 06/05/17 | 1171 | Check | Other Operating Expenses | | 354.00 | 5,968.81 |
| 06/05/17 | | Deposit | Accounts Receivable | 450.00 | | 6,418.81 |
| 06/05/17 | | The Home Depot | Manufacturing Supplies (Plumbing) | | 96.92 | 6,321.89 |
| 06/05/17 | | The Home Depot | Manufacturing Supplies (Plumbing) | | 55.58 | 6,266.31 |
| 06/05/17 | | Chevron | Vehicle Expenses | | 25.00 | 6,241.31 |
| 06/05/17 | 1172 | Check | Other Operating Expenses | | 500.00 | 5,741.31 |
| 06/06/17 | | Bankcard Deposit | Accounts Receivable | 210.00 | | 5,951.31 |
| 06/06/17 | | Deposit | Accounts Receivable | 195.00 | | 6,146.31 |
| 06/06/17 | | Jiffy Lube | Vehicle Expenses | | 147.54 | 5,998.77 |
| 06/06/17 | | Cash Withdrawal | Other Operating Expenses | | 100.00 | 5,898.77 |
| 06/06/17 | 1170 | Check | Other Operating Expenses | | 168.42 | 5,730.35 |
| 06/07/17 | | The Home Depot | Manufacturing Supplies (Plumbing) | | 31.48 | 5,698.87 |
| 06/07/17 | | Quill Corporation | Office Expense | | 48.96 | 5,649.91 |
| 06/07/17 | | Edwin Watts Golf | Other Operating Expenses | | 258.11 | 5,391.80 |
| 06/07/17 | | BP Gas | Vehicle Expenses | | 30.00 | 5,361.80 |
| 06/07/17 | | Western-Southern PAC Isurance | Insurance | | 482.15 | 4,879.65 |
| 06/08/17 | | Bankcard Deposit | Accounts Receivable | 725.00 | | 5,604.65 |
| 06/08/17 | | Deposit | Accounts Receivable | 3,040.00 | | 8,644.65 |
| 06/08/17 | | Cash Withdrawal | Other Operating Expenses | | 200.00 | 8,444.65 |
| 06/08/17 | | Food Depot | Other Operating Expenses | | 72.22 | 8,372.43 |
| 06/08/17 | | Quicktrip | Vehicle Expenses | | 45.01 | 8,327.42 |
| 09/09/17 | | The Home Depot | Manufacturing Supplies (Plumbing) | | 21.52 | 8,305.90 |
| 06/09/17 | 1179 | Cashed Check | Other Operating Expenses | | 490.00 | 7,815.90 |
| 06/09/17 | 1177 | Cashed Check | Other Operating Expenses | | 420.00 | 7,395.90 |
| 06/09/17 | | Cash Withdrawal | Other Operating Expenses | | 100.00 | 7,295.90 |
| 06/12/17 | | Bankcard Deposit | Accounts Receivable | 425.00 | | 7,720.90 |
| 06/12/17 | 1178 | Check | Other Operating Expenses | | 270.00 | 7,450.90 |
| 06/13/17 | | Deposit | Accounts Receivable | 500.00 | | 7,950.90 |
| 06/13/17 | | The Home Depot | Manufacturing Supplies (Plumbing) | | 32.75 | 7,918.15 |
| 06/13/17 | | ROI Group | Other Operating Expenses | | 202.08 | 7,716.07 |
| 06/15/17 | | The Home Depot | Manufacturing Supplies (Plumbing) | | 140.80 | 7,575.27 |
| 06/23/17 | | Bankcard Deposit | Accounts Receivable | 385.00 | | 7,960.27 |
| ENDING BALANCE | | | | | | 7,960.27 |
| | | | | | | |
| 06/26/17 | | Transfer to Chapter 7 Trustee | Transfer | | 7,960.27 | - |
| | | | | | | - |

# Wells Fargo Simple Business Checking



Account number:  ████05111  ▪ June 1, 2017 - June 30, 2017 ▪ Page 1 of 5

ASHMEL PLUMBING COMPANY, LLC
2365 BENJAMIN E MAYS DR SW
ATLANTA GA 30311-3233

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Cash flow is a key indicator of the financial health of your business. Find tips and strategies for effective cash flow management at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $6,476.11 |
| Deposits/Credits | 7,224.80 |
| Withdrawals/Debits | - 13,700.91 |
| Closing balance on 6/26 | $0.00 |
| Average ledger balance this period | $6,185.32 |



Account number:  ████05111

ASHMEL PLUMBING COMPANY, LLC

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 061000227

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number. ▪▪▪▪▪05111   ▪   June 1, 2017 - June 30, 2017   ▪   Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Purchase authorized on 05/30 The Home Depot #01 Atlanta GA S387150766737619 Card 8863 | | 56.97 | |
| 6/1 | | 06/01Bankcard Deposit -0329374941 | | 132.63 | 6,286.51 |
| 6/2 | | 06/02Bankcard Deposit -0329374941 | 1,230.00 | | |
| 6/2 | | Purchase authorized on 05/31 The Home Depot #01 Atlanta GA S587151514021070 Card 8863 | | 48.66 | |
| 6/2 | | Purchase authorized on 05/31 Mezlan-Atlanta Atlanta GA S587151771045031 Card 8855 | | 609.84 | |
| 6/2 | | Purchase authorized on 06/01 Chevron 0305241 Atlanta GA S387152478343720 Card 8863 | | 40.00 | |
| 6/2 | 1173 | Deposited OR Cashed Check | | 500.00 | |
| 6/2 | | Purchase Return authorized on 06/02 Macy's 3393 Peachtr Atlanta GA P00000000156468407 Card 8855 | 64.80 | | |
| 6/2 | 1168 | Check | | 60.00 | |
| 6/2 | 1171 | Check | | 354.00 | 5,968.81 |
| 6/5 | | ATM Check Deposit on 06/05 2280 Cascade Rd Suite A GA 0003717 ATM ID 0862R Card 8855 | 450.00 | | |
| 6/5 | | Purchase authorized on 06/01 The Home Depot #01 Atlanta GA S597152592476130 Card 8855 | | 96.92 | |
| 6/5 | | Purchase authorized on 06/01 The Home Depot #01 Cumming GA S387152594134596 Card 8863 | | 55.56 | |
| 6/5 | | Purchase authorized on 06/02 Chevron 0305241 Atlanta GA S587153624851772 Card 8863 | | 25.00 | |
| 6/5 | 1172 | Check | | 500.00 | 5,741.31 |
| 6/6 | | 06/06Bankcard Deposit -0329374941 | 210.00 | | |
| 6/6 | | eDeposit IN Branch/Store 06/06/17 03:04:09 Pm 1120 Fairburn Rd Sw Atlanta GA 8855 | 195.00 | | |
| 6/6 | | Purchase authorized on 06/05 Jiffy Lube #892 Union City GA S587156591064154 Card 8863 | | 147.54 | |
| 6/6 | | Cash eWithdrawal in Branch/Store 06/06/2017 3:37 Pm 1120 Fairburn Rd Sw Atlanta GA 8855 | | 100.00 | |
| 6/6 | 1170 | Check | | 168.42 | 5,730.35 |
| 6/7 | | Purchase authorized on 06/05 The Home Depot #01 Atlanta GA S387156550537499 Card 8863 | | 31.48 | |
| 6/7 | | Purchase authorized on 06/06 Quill Corporation 800-982-3400 SC S467156829721054 Card 8855 | | 48.96 | |
| 6/7 | | Purchase authorized on 06/06 Edwin Watts Golf S Atlanta GA S587157735693645 Card 8863 | | 258.11 | |
| 6/7 | | Purchase authorized on 06/06 Bp#9718545Bp Gas # Atlanta GA S307157740424796 Card 8863 | | 30.00 | |
| 6/7 | | Western-Southern PAC Insur 170606 xxxxx3890 Williams Ashmel | | 482.15 | 4,879.65 |
| 6/8 | | 06/08Bankcard Deposit -0329374941 | 725.00 | | |
| 6/8 | | eDeposit IN Branch/Store 06/08/17 01:04:08 Pm 2280 Cascade Rd Sw Atlanta GA 8855 | 3,040.00 | | |
| 6/8 | | Cash eWithdrawal in Branch/Store 06/08/2017 1:05 Pm 2280 Cascade Rd Sw Atlanta GA 8855 | | 200.00 | |
| 6/8 | | Purchase authorized on 06/08 Food Depot / Riverdale Riverdale GA P00587159709114570 Card 8855 | | 72.22 | |
| 6/8 | | Purchase authorized on 06/08 Quiktrip College Park GA P00000000635924241 Card 8855 | | 45.01 | 8,327.42 |
| 6/9 | | Purchase authorized on 06/07 The Home Depot #01 Atlanta GA S587158502022081 Card 8863 | | 21.52 | |
| 6/9 | 1179 | Cashed Check | | 490.00 | |
| 6/9 | 1177 | Cashed Check | | 420.00 | |
| 6/9 | | ATM Withdrawal authorized on 06/09 2280 Cascade Rd Suite A GA 0004862 ATM ID 0862R Card 8855 | | 100.00 | 7,295.90 |
| 6/12 | | 06/12Bankcard Deposit -0329374941 | 425.00 | | |
| 6/12 | 1178 | Check | | 270.00 | 7,450.90 |
| 6/13 | | eDeposit IN Branch/Store 06/13/17 02:13:53 Pm 2280 Cascade Rd Sw Atlanta GA 5111 | 500.00 | | |

Account number: ████05111  ■  June 1, 2017 - June 30, 2017  ■  Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/13 | | Purchase authorized on 06/11 The Home Depot #01 Atlanta GA S587162612270253 Card 8863 | | 32.75 | 7,716.07 |
| 6/13 | | Purchase authorized on 06/12 Roi Group -Custom 817-581-3749 TX S467163611047208 Card 8855 | | 202.08 | 7,575.27 |
| 6/15 | | Purchase authorized on 06/13 The Home Depot #01 Atlanta GA S387164562195690 Card 8855 | | 140.80 | 7,960.27 |
| 6/23 | | 06/23Bankcard Deposit -0329574941 | 385.00 | | 0.00 |
| 6/26 | | Bankruptcy Withdrawal Request,Ep-17082300136 | | 7,960.27 | 0.00 |
| Ending balance on 6/30 | | | | | 0.00 |
| Totals | | | $7,224.80 | $13,700.91 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1168 | 6/2 | 60.00 | 1172 | 6/5 | 500.00 | 1178 | 6/12 | 270.00 |
| 1170 * | 6/6 | 168.42 | 1173 | 6/2 | 500.00 | 1179 | 6/9 | 490.00 |
| 1171 | 6/2 | 354.00 | 1177 * | 6/9 | 420.00 | | | |

\* Gap in check sequence.

 IMPORTANT ACCOUNT INFORMATION

**Revised Agreement for Online Access**
We're updating our Online Access Agreement effective September 15, 2017.
To see what is changing, please visit wellsfargo.com/onlineupdates

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important, so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Account Agreement ("Agreement") dated April 24, 2017. Effective August 15, 2017, in the section titled "Rights and Responsibilities", the subsections "When can you close your account?" and "If you request to close your account, we may allow you to keep funds in your account to cover outstanding items to be paid" are deleted and replaced with the following:

**When can you close your account?**

You can request to close your account at any time if the account is in good standing (e.g., does not have a negative balance or restrictions such as legal order holds or court blocks on the account). At the time of your request, we will assist you in withdrawing or transferring any remaining funds, bringing your account balance to zero.
- All outstanding items need to be processed and posted to your account before your request to close. Once the account is closed items will be returned unpaid.
- Any recurring payments or withdrawals from your account need to be cancelled before your request to close (examples include bill payments, debit card payments, and direct deposits) otherwise, they may be returned unpaid.

Account number: ~~~~~05111   ≡ June 1, 2017 - June 30, 2017   ≡ Page 4 of 5



We will not be liable for any loss or damage that may result from not honoring items or recurring payments or withdrawals that are presented or received after your account is closed.

At the time of your request to close:
- For interest-earning accounts, it stops earning interest from the date you request to close your account.
- Overdraft Protection and/or Debit Card Overdraft Service will be removed on the date you request to close your account.
- The Agreement continues to apply.
- If you have requested to close your account and a positive balance remains, we may send you a check for the remaining balance.
Even after your account is closed, you will remain responsible for any negative balance.

In California branches you can request to close your account at any time if the account does not have any restrictions such as legal order holds or court blocks. Even after your account is closed, you will remain responsible for any negative balance.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control.

Thank you for being a Wells Fargo customer. As a valued Wells Fargo customer, we hope you find this information helpful. Again, if you have questions or concerns about these changes, please contact your local banker or call the number listed on your statement.

Account number:   ⬛05111    ▪ June 1, 2017 - June 30, 2017    ▪ Page 5 of 5



## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery. P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
   shown on your statement . . . . . . $ _____

**ADD**
B. Any deposits listed in your      $ _____
   register or transfers into       $ _____
   your account which are not       $ _____
   shown on your statement.       + $ _____
   . . . . . . . . .           TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . .           TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . .        $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801